John J. Talton, Chapter 13 Trustee  
Check No. 836182  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-60547 | 010-0 | ROGER D. NORRIS, JR.<br>Original Check written to:<br>CAYUGA ISD<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | xxx8313 | 917.31 | 0.00 | 1.09 | 1.09 |
| 07-20021 | 012-0 | JACQUITA KAY MORROW<br>Original Check written to:<br>CENTURY BANK<br>2900 ST. MICHAEL DR<br>TEXARKANA, TX  75503- | 3658 | 5,017.66 | 3,857.01 | 887.40 | 4,744.41 |
| 09-20282 | 004-0 | DAROLD J. JACKSON<br>Original Check written to:<br>HARRISON COUNTY<br>C/O MCCREARY ET AL<br>PO BOX 1269<br>ROUND ROCK, TX  78680- | 4262 | 404.20 | 38.94 | 1.70 | 40.64 |
| 09-60840 | 003-0 | HULEN H BROWN<br>Original Check written to:<br>CHASE HOME FINANCE, LLC<br>3415 VISION DRIVE<br>MAIL CODE: 7364<br>COLUMBUS, OH  43219- | 6454 | 3,645.27 | 82.51 | 42.74 | 125.25 |
| 10-61342 | 007-1 | CHRIS CLOYCE HARTLEY, JR.<br>Original Check written to:<br>SANTANDER CONSUMER USA<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 562088<br>DALLAS, TX  75247- | xxxxxxxxxx9190 | 0.00 | 295.92 | 0.00 | 295.92 |